**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-42064 |
| | § | |
| LUIS MUNOZ | § | |
| ELIZABETH MUNOZ | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/28/2013. The undersigned trustee was appointed on 10/28/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                             $4,796.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $21.38 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $840.94 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $3,933.68 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/12/2014 and the deadline for filing government claims was 03/12/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $988.77. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $988.77, for a total compensation of $988.77[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $3.74, for total expenses of $3.74.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/25/2014                                   By:  /s/ David P. Leibowitz
                                                        Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-42064-ERW | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | MUNOZ, LUIS AND MUNOZ, ELIZABETH | | **Date Filed (f) or Converted (c):** | 10/28/2013 (f) |
| **For the Period Ending:** | 8/25/2014 | | **§341(a) Meeting Date:** | 12/06/2013 |
| | | | **Claims Bar Date:** | 03/12/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single Family Home, 14322 Keeler Avenue, Midlothian, Illinois | $160,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash | $200.00 | $0.00 | | $0.00 | FA |
| 3 | Checking, MB Financial, Chicago, Illinois | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Savings, MB Financial, Chicago, Illinois | $750.00 | $0.00 | | $0.00 | FA |
| 5 | Savings, United Credit Union, Chicago, Illinois | $250.00 | $0.00 | | $0.00 | FA |
| 6 | Living room set, table and chairs, bedroom set, TV, | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | Everyday Clothes | $500.00 | $0.00 | | $0.00 | FA |
| 8 | 401K | $59,000.00 | $0.00 | | $0.00 | FA |
| 9 | 2003-Dodge Caravan, Value at Kelly Blue Book | $1,775.00 | $0.00 | | $0.00 | FA |
| 10 | 1998- Jeep Charokee Value at Kelly Blue Book | $1,244.00 | $0.00 | | $0.00 | FA |
| 11 | Tax Return (u) | $0.00 | $4,796.00 | | $4,796.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**

$225,819.00     $4,796.00                                           $4,796.00         $0.00

**Major Activities affecting case closing:**
12/18/2013     Tax Intercept Completed

**Initial Projected Date Of Final Report (TFR):**     12/31/2014          /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**                        DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 13-42064-ERW | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | MUNOZ, LUIS AND MUNOZ, ELIZABETH | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2655 | | | Checking Acct #: | ******6401 |
| Co-Debtor Taxpayer ID #: | **-***2656 | | | Account Title: | |
| For Period Beginning: | 10/28/2013 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/25/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/21/2014 | (11) | United States Treasury | Tax Return | 1224-000 | $4,796.00 | | $4,796.00 |
| 04/28/2014 | 3001 | LUIS MUNOZ | Entitled portion of tax refund. | 8100-002 | | $840.94 | $3,955.06 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.24 | $3,952.82 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.84 | $3,945.98 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $5.95 | $3,940.03 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.35 | $3,933.68 |
| | | | **TOTALS:** | | $4,796.00 | $862.32 | $3,933.68 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,796.00 | $862.32 | |
| | | | Less: Payments to debtors | | $0.00 | $840.94 | |
| | | | **Net** | | $4,796.00 | $21.38 | |

**For the period of 10/28/2013 to 8/25/2014**

| | |
|---|---|
| Total Compensable Receipts: | $4,796.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,796.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $21.38 |
| Total Non-Compensable Disbursements: | $840.94 |
| Total Comp/Non Comp Disbursements: | $862.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/21/2014 to 8/25/2014**

| | |
|---|---|
| Total Compensable Receipts: | $4,796.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,796.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $21.38 |
| Total Non-Compensable Disbursements: | $840.94 |
| Total Comp/Non Comp Disbursements: | $862.32 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

Exhibit B

Case 13-42064   Doc 23   Filed 09/23/14   Entered 09/23/14 14:07:09   Desc Main
Document   Page 5 of 10

| | | |
|---|---|---|
| **Case No.** | 13-42064-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** | MUNOZ, LUIS AND MUNOZ, ELIZABETH | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***2655 | **Checking Acct #:** ******6401 |
| **Co-Debtor Taxpayer ID #:** | **-***2656 | **Account Title:** |
| **For Period Beginning:** | 10/28/2013 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 8/25/2014 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,796.00 | $862.32 | $3,933.68 |

| For the period of 10/28/2013 to 8/25/2014 | | For the entire history of the case between 10/28/2013 to 8/25/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,796.00 | Total Compensable Receipts: | $4,796.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,796.00 | Total Comp/Non Comp Receipts: | $4,796.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $21.38 | Total Compensable Disbursements: | $21.38 |
| Total Non-Compensable Disbursements: | $840.94 | Total Non-Compensable Disbursements: | $840.94 |
| Total Comp/Non Comp Disbursements: | $862.32 | Total Comp/Non Comp Disbursements: | $862.32 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Case No.** | 13-42064-ERW | | | | | | | **Trustee Name:** David Leibowitz | |
| **Case Name:** | MUNOZ, LUIS AND MUNOZ, ELIZABETH | | | | | | | **Date:** 8/25/2014 | |
| **Claims Bar Date:** | 03/12/2014 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  420 West Clayton St Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $3.74 | $0.00 | $0.00 | $0.00 | $3.74 |
| | DAVID P. LEIBOWITZ  420 West Clayton St Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $988.77 | $0.00 | $0.00 | $0.00 | $988.77 |
| 1 | FIRST NATIONAL BANK OF OMAHA  1620 Dodge Street Stop Co 3105 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,213.01 | $0.00 | $0.00 | $0.00 | $4,213.01 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR TD BANK, USA PO Box 248866 Oklahoma City OK 73124-8866 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,830.78 | $0.00 | $0.00 | $0.00 | $1,830.78 |
| 3 | CAPITAL ONE, N.A.  PO Box 12907 Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,121.63 | $0.00 | $0.00 | $0.00 | $1,121.63 |
| 4 | CAPITAL RECOVERY V, LLC / TOYS 'R' US MASTERCARD  c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $331.76 | $0.00 | $0.00 | $0.00 | $331.76 |
| | | | | | **$8,489.69** | **$0.00** | **$0.00** | **$0.00** | **$8,489.69** |

**CLAIMS ANALYSIS REPORT**

Page No: 2
Exhibit C

| Case No. | 13-42064-ERW | | Trustee Name: David Leibowitz |
| Case Name: | MUNOZ, LUIS AND MUNOZ, ELIZABETH | | Date: 8/25/2014 |
| Claims Bar Date: | 03/12/2014 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Payments to Unsecured Credit Card Holders | $7,497.18 | $7,497.18 | $0.00 | $0.00 | $0.00 | $7,497.18 |
| Trustee Compensation | $988.77 | $988.77 | $0.00 | $0.00 | $0.00 | $988.77 |
| Trustee Expenses | $3.74 | $3.74 | $0.00 | $0.00 | $0.00 | $3.74 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       13-42064
Case Name:      LUIS MUNOZ
                ELIZABETH MUNOZ
Trustee Name:   David P. Leibowitz

                                              Balance on hand:        $3,933.68

Claims of secured creditors will be paid as follows: NONE

                              Total to be paid to secured creditors:        $0.00
                                                 Remaining balance:     $3,933.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $988.77 | $0.00 | $988.77 |
| David P. Leibowitz, Trustee Expenses | $3.74 | $0.00 | $3.74 |

               Total to be paid for chapter 7 administrative expenses:    $992.51
                                                  Remaining balance:    $2,941.17

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

               Total to be paid to prior chapter administrative expenses:   $0.00
                                                  Remaining balance:    $2,941.17

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

                              Total to be paid to priority claims:          $0.00
                                                  Remaining balance:    $2,941.17

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,497.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | First National Bank of Omaha | $4,213.01 | $0.00 | $1,652.78 |
| 2 | American InfoSource LP as agent for TD Bank, USA | $1,830.78 | $0.00 | $718.22 |
| 3 | CAPITAL ONE, N.A. | $1,121.63 | $0.00 | $440.02 |
| 4 | Capital Recovery V, LLC / Toys 'R' Us Mastercard | $331.76 | $0.00 | $130.15 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $2,941.17 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

**UST Form 101-7-TFR (5/1/2011)**