# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-42064 |
| | § | |
| LUIS MUNOZ | § | |
| ELIZABETH MUNOZ | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 10/15/2014, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/24/2014                    By:  /s/ David P. Leibowitz
                                                 Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-42064 |
| | § | |
| LUIS MUNOZ | § | |
| ELIZABETH MUNOZ | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $4,796.00
*and approved disbursements of* $862.32
*leaving a balance on hand of[1]:* $3,933.68

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,933.68

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $988.77 | $0.00 | $988.77 |
| David P. Leibowitz, Trustee Expenses | $3.74 | $0.00 | $3.74 |

Total to be paid for chapter 7 administrative expenses: $992.51
Remaining balance: $2,941.17

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,941.17

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,941.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,497.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | First National Bank of Omaha | $4,213.01 | $0.00 | $1,652.78 |
| 2 | American InfoSource LP as agent for TD Bank, USA | $1,830.78 | $0.00 | $718.22 |
| 3 | CAPITAL ONE, N.A. | $1,121.63 | $0.00 | $440.02 |
| 4 | Capital Recovery V, LLC / Toys 'R' Us Mastercard | $331.76 | $0.00 | $130.15 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,941.17 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
                      Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 13-42064-ERW
Luis Munoz                                                              Chapter 7
Elizabeth Munoz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez            Page 1 of 1                  Date Rcvd: Sep 25, 2014
                              Form ID: pdf006            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2014.
db/jdb          +Luis Munoz,    Elizabeth Munoz,    14322 Keeler Avenue,    Midlothian, IL 60445-2721
21155796         AT&T Universal Card,    P.O BOX 6500,    Sioux Falls, SD 57117-6500
21155797         Best Buy,    Retail Services,    P.O Box 5893,    Carol Stream, IL 60197-5893
21547143        +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
21155798         Citimortgage,    P.O box 183040,    Columbus, OH 43218-3040
21155799         First National Bank of Omaha,    P.O Box 2490,    Omaha, NE 68103-2490
21380387        +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
21155800         MB Finanical,    Credit Card Services,    P.O Box 84067,    Columbus, GA 31908-4067
21155801         Menards Retail Services,    P.O Box 5893,    Carol Stream, IL 60197-5893
21155803         Target Natioanl Bank,    c/o Target Credit Sevices,    P.O Box 1581,    Minneapolis, MN 55440-1581
21155805         WFNNB- Avenue,    P.O Box 182124,    Columbus, OH 43218-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21386557         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 26 2014 00:55:43
                  American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                  Oklahoma City, OK   73124-8866
21609981         E-mail/PDF: rmscedi@recoverycorp.com Sep 26 2014 00:55:13      Capital Recovery V, LLC,
                  c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
21155802         E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2014 00:56:16      R Us Credit Card / GECRB,
                  P.O Box 530939,    Atlanta, GA 30353-0939
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21155804*         Target Natioanl Bank,    c/o Target Credit Sevices,    P.O Box 1581,    Minneapolis, MN 55440-1581
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Luis C Martinez    on behalf of Joint Debtor Elizabeth  Munoz lcmartinez2004@yahoo.com
              Luis C Martinez    on behalf of Debtor Luis  Munoz lcmartinez2004@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4